IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01629-BNB

JONATHAN NATHANIEL ESTES,

    Plaintiff,

v.

MICHAEL NEAGLY, Captain, and
JOHN/JANE DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2009

GREGORY C. LANGHAM
                     CLERK

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Jonathan Nathaniel Este, is in the custody of the Colorado Department of Corrections and is incarcerated at the Sterling, Colorado, Correctional Facility. Mr. Estes has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. The Court must construe the Complaint liberally because Mr. Estes is a *pro se* litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See **Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Estes will be ordered to file an Amended Complaint.

The Court has reviewed the Prisoner Complaint filed by Mr. Estes and finds that it is deficient. Although Mr. Estes asserts that Defendant Captain Michael Neagly has deprived him of his due process rights in a disciplinary proceeding and names Defendant Neagly in the caption of the Complaint, he fails to name in the caption the

individuals he has identified in the text of the Complaint who have denied him proper medical treatment. The Court notes that Mr. Estes names "John/Jane Doe" in the caption, but he does not refer to either a Jane or John Doe in the text of the Complaint that deals with his medical treatment claim. He rather names specific individuals who denied his rights, including Nurse Okantumbi and P.A. Webster. To the extent there may be other individuals who were responsible for his alleged improper medical treatment, and Mr. Estes does not know their name, he must still identify how they personally participated in the alleged constitutional violation and provide specific information about the individual, including either badge number, dates and time of act against Mr. Estes by the individual, or job title of the individual.

Mr. Estes, therefore, is instructed to file an Amended Prisoner Complaint and list in the caption on Page One and on Page Two all named parties who participated in the alleged violation of his constitutional rights. Mr. Estes is reminded he must provide the addresses for each named defendant on Page Two of the Prisoner Complaint form. Mr. Estes also in the Amended "[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Estes file within thirty days from the date of this Order an Amended Complaint that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Estes, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that if Mr. Estes fails to file an Amended Complaint that complies with this Order, within the time allowed, the Court will proceed to review the merits of the original Complaint as asserted against named Defendants listed in the caption.

DATED at Denver, Colorado, this 23rd day of July, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01629-BNB

Jonathan Nathaniel Estes
Prisoner No. 132035
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 7/24/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk