IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01629-ZLW

JONATHAN NATHANIEL ESTES,

    Plaintiff,

v.

CAPTAIN MICHAEL NEAGLY, and
JOHN/JANE DOE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on Plaintiff's "Motion to Return Civil 1983 Documents," filed on May 20, 2010 (Doc. # 21). The Motion is DENIED. The Court does not have the ability to return to Plaintiff any documents that he has filed.

    Dated: May 25, 2010