IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01629-ZLW

JONATHAN NATHANIEL ESTES,

    Plaintiff,

v.

CAPTAIN MICHAEL NEAGLY, and
JOHN/JANE DOE,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on Plaintiff's "Motion to Reconsider Denial of Civil Right's 1983 Complaint," filed on May 20, 2010 (Doc. # 20). In the Motion, Plaintiff asserts that the Court "denied" his Amended Complaint filed on April 12, 2010, long after the case was dismissed on September 9, 2009. Plaintiff is informed that the Court did not deny or dismiss his April 12 Amended Complaint. Because the case was closed in September 2009, Plaintiff's filing of an Amended Complaint in the action had no effect. Further, to the extent that Plaintiff wishes to file a new action, he should not include Case No. 09-cv-01629-BNB on any future pleadings. Instead, the Court will assign a new case number to any new cases. Accordingly, Plaintiff's Motion (Doc. # 20) is DENIED.

    Dated: May 26, 2010